**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
Maeghan J. McLoughlin

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ROXANNE GAIL CARFORA, D.O., P.C. d/b/a | : | Case No. 15-74328 (REG) |
| AGELESS 360 MEDICAL GROUP, P.C., | : | |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------------x

## NOTICE OF REVISED PROFESSIONAL FEE HOURLY RATES

**PLEASE TAKE NOTICE**, that effective January 1, 2016, the hourly rates of Klestadt Jureller Southard & Stevens, LLP, counsel to the Debtor and Debtor in possession, located at 200 West 41st Street, New York, New York 10036, will be as follows:

| | | | |
|---|---|---|---|
| Tracy L. Klestadt | $675 per hour | Joseph C. Corneau | $475 per hour |
| Ian R. Winters | $575 per hour | Stephanie R. Sweeney | $375 per hour |
| John E. Jureller, Jr. | $575 per hour | Lauren C. Kiss | $325 per hour |
| Sean C. Southard | $550 per hour | Maeghan J. McLoughlin | $325 per hour |
| Fred N. Stevens | $550 per hour | Christopher J. Reilly | $250 per hour |
| Brendan M. Scott | $475 per hour | Jon Yard Arnason | $575 per hour |
| | | Paralegals | $150 per hour |

Dated: New York, New York
       December 21, 2015

                                   **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:   */s/Tracy Klestadt*
      Tracy L. Klestadt
      Maeghan J. McLoughlin
      200 West 41st St., 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             mmcloughlin@klestadt.com

*Proposed Counsel to the Debtor and Debtor in Possession*