**KLESTADT WINTERS JURELLER
   SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

Hearing Date:
May 25, 2016 at 1:30 pm

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re                                                                 :          Chapter 11
                                                                      :
ROXANNE GAIL CARFORA, D.O., P.C. d/b/a          :          Case No. 15-74328 (REG)
AGELESS 360 MEDICAL GROUP, P.C.                      :
                                                                      :
                                    Debtor.                       :
-----------------------------------------------------------------x

## NOTICE OF HEARING
## ON APPLICATIONS FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS

 **PLEASE TAKE NOTICE**, that a hearing to consider the applications (the "Applications") for allowance of compensation for services rendered and reimbursement of expenses incurred by the parties appearing on the below Schedule A will be held on May 25, 2016 at 1:30 p.m. (the "Hearing") before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Alfonse D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 (the "Bankruptcy Court").

 **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned or continued from time to time without further notice other than by announcement thereof in Court at the scheduled hearing.

 **PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Applications, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be served upon (i) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn.: Tracy L. Klestadt, Esq., attorneys for the Debtor; and (ii) the Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza — Room 560, Central Islip, NY 11722, Attn.: Stan Yang, Esq., and shall be filed with the Clerk of the United States Bankruptcy Court, Eastern District of New York and served upon all parties no later than 5:00 p.m. on May 18, 2016

Dated: New York, New York
April 11, 2016

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
*Attorneys for Debtor and Debtor-in-
Possession*

By: */s/ Tracy L. Klestadt*
Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone No. (212) 972-3000

## SCHEDULE A

| Applicant | Role | Fees Sought | Expenses Sought |
|---|---|---|---|
| Klestadt Winters Jureller Southard & Stevens, LLP | Debtor's Counsel | $93,778.75 | $2,686.21 |
| Thomas C. Varvaro, CPA, PC | Debtor's Accountant | $ 3,000.00 | $0 |

**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

*Counsel to the Debtor and Debtor in Possession*

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | | Hearing Date: |
| **EASTERN DISTRICT OF NEW YORK** | | May 25, 2016 at 1:30 pm. |

-------------------------------------------------------------x
In re                                                                   :        Chapter 11
                                                                             :
ROXANNE GAIL CARFORA, D.O., P.C. d/b/a          :        Case No. 15-74328 (REG)
AGELESS 360 MEDICAL GROUP, P.C.                      :
                                                                             :
                                        Debtor.                 :
-------------------------------------------------------------x

**SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES
FOR REVIEWING APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FILED UNDER 11 U.S.C. § 330 FOR THE FIRST AND FINAL
FEE APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD &
STEVENS, LLP, COUNSEL TO THE DEBTOR**

| | |
|---|---|
| NAME OF APPLICANT: | Klestadt Winters Jureller Southard & Stevens, LLP |
| COMPENSATION PERIOD: | October 9, 2015 – May 25, 2016 |
| ROLE IN THE CASE: | Counsel to the Debtor |
| Total Fees Incurred for the Period: | $93,778.75 |
| Total Expenses Incurred for the Period: | $ 2,686.21 |
| Total Fees and Expenses Requested: | **$96,464.96** |

**FIRST AND FINAL FEE APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, COUNSEL TO THE DEBTOR**

**Fees by Professional**

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Tracy L. Klestadt (2015) | Partner; admitted in 1986. | $650 | 12.50 | $  8,125.00 |
| Tracy L. Klestadt (2016) | Partner; admitted in 1986. | $675 | 26.30 | $17,752.50 |
| Maeghan J. McLoughlin (2015) | Associate; admitted in 2012. | $275 | 151.40 | $41,153.75 |
| Maeghan J. McLoughlin (2016) | Associate; admitted in 2012. | $325 | 75.10 | $24,407.50 |
| Stephanie Nocella | Paralegal. | $150 | 5.40 | $     810.00 |
| Renea Gargiulo | Paralegal. | $150 | 6.20 | $     705.00 |
| Kristen Garofalo | Paralegal. | $150 | 5.00 | $     750.00 |
| Angela Plura | Paralegal. | $150 | 0.50 | $       75.00 |
| **Total** | | **$332.08** **(Blended Hourly Rate)** | **282.40** | **$93,778.75** |

**FIRST AND FINAL FEE APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, COUNSEL TO THE DEBTOR**

**Fees by Project Category**

| Activity | Hours | Fees |
|---|---|---|
| Chapter 11 General | 2.10 | $    600.00 |
| Cash Collateral | 80.80 | $25,416.25 |
| Claims | 7.60 | $ 1,950.00 |
| Ombudsman Motion | 11.20 | $ 3,092.50 |
| Plan and Disclosure Statement | 56.20 | $17,882.50 |
| Retention & Fees | 11.00 | $ 2,577.50 |
| Sale | 113.50 | $42,320.00 |
| **Total** | **282.40** | **$93,778.75** |

**FIRST AND FINAL FEE APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, GENERAL COUNSEL TO THE DEBTOR**

**Expenses**

| Disbursements | Amount |
|---|---|
| Conference Calls | $    36.49 |
| Federal Express | $  191.66 |
| Filing Fees | $  176.00 |
| Miscellaneous (Publication Fees) | $1,075.00 |
| PACER | $    71.80 |
| Photocopies and Printing | $  542.60 |
| Postage | $  180.38 |
| Taxi | $    40.20 |
| Train | $    43.00 |
| Transcripts | $  214.50 |
| Westlaw | $  114.58 |
| **Total Disbursements** | **$2,686.21** |

**KLESTADT WINTERS JURELLER**
 **SOUTHARD & STEVENS, LLP**
200 West 41st St., 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

*Counsel to the Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                          :          Chapter 11
                                                               :
ROXANNE GAIL CARFORA, D.O., P.C. d/b/a     :          Case No. 15-74328 (REG)
AGELESS 360 MEDICAL GROUP, P.C.                  :
                                                               :
                                        Debtor.            :
-----------------------------------------------------------------x

**FIRST AND FINAL FEE APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, COUNSEL TO THE DEBTOR PURSUANT TO
BANKRUPTCY CODE SECTION 330 FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR TIME PERIOD
OCTOBER 9, 2015 THROUGH MAY 25, 2016**

**TO:    THE HONORABLE ROBERT E. GROSSMAN,
          UNITED STATES BANKRUPTCY JUDGE:**

Klestadt Winters Jureller Southard & Stevens, LLP ("KWJSS"), counsel to Roxanne Gail

Carfora, D.O., P.C. d/b/a Ageless 360 Medical Group (the "Debtor"), the Debtor in the above-

captioned chapter 11 case (the "Chapter 11 Case"), respectfully submits this first and final

application (the "Application"), pursuant to section 330 of title 11 of the United States Code (the

"Bankruptcy Code"), for allowance and payment of compensation for professional services

rendered to the Debtor and for reimbursement of actual and necessary costs and expenses

incurred in connection with KWJSS's representation of the Debtor in the Chapter 11 Case during

the period from October 9, 2015 through May 25, 2016 (the "Fee Period") and respectfully represents as follows:

## BACKGROUND

1.      On October 9, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On December 9, 2015, the Office of the United States Trustee determined that it was unable to appoint an official committee of unsecured creditors in this Chapter 11 Case.

3.      On December 8, 2015, this Court entered an order authorizing the retention of KWJSS as attorneys for the Debtor *nunc pro tunc* to the Petition Date [Docket No. 51].

4.      This is KWJSS's first and final Application for compensation and reimbursement of expenses.  KWJSS has not received compensation or reimbursement of expenses since the commencement of this Chapter 11 Case.

## SUMMARY OF THE RELIEF REQUESTED

5.      This Application is respectfully submitted by KWJSS for a first and final allowance of compensation and reimbursement of expenses for all services rendered to the Debtor during the Fee Period as follows:

| | |
|---|---|
| Total Fees Incurred: | $93,778.75 |
| Total Expenses Incurred: | $ 2,686.21 |
| **Total Sought:** | **$96,464.96** |

6.      During the Fee Period, KWJSS committed a total of 282.40 hours of professional and paraprofessional time, resulting in an average blended hourly billing rate of $332.08.  Copies of the detailed attorney time records for the Fee Period are annexed hereto as Exhibit A and summaries of the time records broken down by timekeeper and billing task code are annexed as

Exhibits B and C, respectively.  Although KWJSS has made every effort to segregate its time entries by category, by virtue of continually evolving developments in this case, there may have been some unavoidable overlap of description in certain entries. Accordingly, the Court is respectfully requested to consider the discussion of services (as explained herein) in its entirety in evaluating the reasonableness of the fees requested by KWJSS.

7.    During the Fee Period, KWJSS advanced $2,686.21 for expenses for which it seeks reimbursement.  A detailed summary of expenses is annexed hereto as Exhibit D.

8.    All services performed and expenses incurred by KWJSS for which compensation and reimbursement are requested hereby were performed or incurred for and on behalf of the Debtor, were necessary, and were beneficial to the Debtor's estate.

9.    KWJSS has made no agreement with the Debtor or with any other person or entity for compensation or reimbursement.

10.    KWJSS has not agreed to share compensation or reimbursement awarded in this Chapter 11 Case with any other person or entity.

## JURISDICTION

11.    This Court has jurisdiction over this Application by virtue of 28 U.S.C. §§ 157(a) and (b), and 1334(b).

12.    Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because this proceeding arises in a case under the Bankruptcy Code pending in this district.

## DESCRIPTION OF SERVICES PERFORMED DURING
## THE FEE PERIOD BY PROJECT CATEGORY

13.    In conformity with the United States Trustee Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") KWJSS has segregated its time entries during the Fee Period into the following project categories, which correspond to the major tasks undertaken by KWJSS during the same period:

|   |   |
|---|---|
| A. | Chapter 11 General |
| B. | Cash Collateral |
| C. | Claims |
| D. | Ombudsman Motion |
| E. | Plan and Disclosure Statement |
| F. | Retention and Fees |
| G. | Sale |

14.    In this section of the Application, KWJSS describes, in summary fashion, the services performed during the Fee Period by project category.

### A.  Chapter 11 General

15.    The "Chapter 11 General" Category includes time charges by KWJSS in relation to conversations concerning the operation and administration of the estate.  This project category includes all time not billed to any of the aforementioned project categories.  Work performed in connection with this project includes, but is not limited to:

i.    Finalizing the Petition, schedules to the petition, statement of financial affairs, and the Rule 1007 Affidavit, and further discussing additions to the Rule 1007 affidavit with the United States Trustee's office;

ii.    Preparing for and attending the Debtor's initial Debtor interview and § 341 meeting of creditors;

iii.    Assisting the Debtor with client, employee, and vendor relations;

  iv. Consulting and conferring with the accountant to discuss case strategy;

  v. Preparing for and appearing at status conferences;

  vi. Conferring with potential purchasers of the Debtor's assets and internally

   discussing strategy and alternatives;

  vii. Reviewing and filing the Debtors' monthly operating reports; and

  viii. Communicating with principal of the Debtor on an ongoing basis

   throughout these Chapter 11 Cases.

16. A total of 80.80 hours amounting to $25,416.25 in fees, as well as $1,567.71 in expenses, were incurred by KWJSS in connection with this project category, for a total of $26,983.96.

**B. <u>Cash Collateral</u>**

17. During the Fee Period, KWJSS reviewed the Debtor's loan documents and secured debt structure, and negotiated on the Debtor's behalf for the consensual use of cash collateral.  The Debtor drafted and filed the Debtor's motion for orders authorizing the Debtor's use of cash collateral and granting adequate protection to the prepetition secured parties [Docket No. 3].  Thereafter, KWJSS assisted the Debtor with preparing the budget for use of cash collateral and participated in negotiations for further extensions of time to use cash collateral.

18. A total of 2.10 hours amounting to $600.00 in fees and $18.33 in expenses were incurred by KWJSS in connection with this project category during the Fee Period for a total of $618.33.

### C. **Claims**

19.      During the Fee Period, KWJSS, on behalf of the Debtor, reviewed and analyzed claims filed by certain parties in anticipation of formulating and preparing the Debtor's chapter 11 plan of liquidation (the "Plan").

20.      KWJSS prepared a claims analysis in order to formulate a liquidation analysis for the Plan.  The claims analysis involved reviewing each claim and reconciling the claims with the Debtor's schedules and books and records.

21.      In addition, KWJSS drafted and filed the Debtor's bar date motion [Docket No. 42].

22.      KWJSS respectfully submits that all of these efforts were essential to the furtherance of the Chapter 11 Case.

23.      A total of 7.60 hours amounting to $1,950.00 in fees and $22.31 in expenses were incurred by KWJSS in connection with this project category during the Fee Period for a total of $1,972.31.

### D. **Ombudsman Motion**

24.      The "Ombudsman Motion" category corresponds to the Debtor's efforts to persuade the Office of the United States Trustee and the Court to determine that the appointment of a patient care ombudsman was not necessary.  In addition, the Debtor engaged in discussions the US Trustee regarding the propriety of an ombudsman given the Debtor's circumstances.

25.      The Debtor prepared and filed a motion seeking an order finding that the appointment of a patient care ombudsman was not necessary and ultimately prevailed in its efforts.

26.    A total of 11.20 hours amounting to $3,092.50 in fees and $0.00 in expenses were incurred by KWJSS in connection with this project category during the Fee Period for a total of $3,092.50.

### E.  Plan and Disclosure Statement

27.    The "Plan and Disclosure Statement" Category includes time spent drafting the Debtor's Chapter 11 Plan of Liquidation and attendant Disclosure Statement (the "Disclosure Statement").

28.    During the course of such efforts, KWJSS communicated and negotiated with the holder of the Debtor's secured debt and equity interests in an effort to propose a plan that would have the widest possible support of the Debtor's various constituencies and was likely to obtain confirmation.   The Debtor also prepared a liquidation analysis.

29.    Additionally, the Debtor prepared an order conditionally approving the Disclosure Statement and order confirming the Debtor's Plan.

30.    A total of 56.20 hours amounting to $17,822.50 in fees and $0.00 in expenses were incurred by KWJSS in connection with this project category during the Fee Period for a total of $17,822.50.

### F.  Retention and Fees

31.    The time entries in the "Retention and Fees" project category pertain to the preparation of applications to retain (i) KWJJS, as counsel to the Debtor, and (ii) Thomas Varvaro, CPA, PC ("Varvaro") as accountant to the Debtor.

32.    The Debtor required the services of Varvaro to assist the Debtor with tax issues and preparing the monthly operating reports.  Varvaro primarily assisted with resolving issues

with the Debtor's tax returns and liabilities as well as setting up a new accounting system at the Debtor's office.

33.    KWJSS assisted the Debtor's professionals with timekeeping questions and issues during the Fee Period.

34.    A total of 11.00 hours amounting to $2,577.50 in fees and $0.00 in expenses were incurred in connection with the Retentions and Fees project category during the Fee Period for a total of $2,577.50.

### G.  Sale

35.    The Debtor, in its business judgment, determined that its sale as a going concern was the best option available to the Debtor and was most likely to result in a distribution to the Debtor's creditors.  A significant portion of time spent by KWJSS during the Fee Period was therefore focused on this endeavor.

36.    Thereafter, KWJSS, on behalf of the Debtor, spent substantial time and effort negotiating and drafting the Stalking Horse asset purchase agreement, and preparing the Sale Motion.  KWJSS also spent substantial time advising the Debtor on the requirements and rules relating to asset sales in bankruptcy cases.

37.    Accordingly, once the Debtor's operations had been stabilized, and after two potential stalking horse bidders emerged, KWJSS, on behalf of the Debtor, engaged in extensive discussions and negotiations with said parties regarding the terms of a potential sale. These efforts culminated with the Debtor's selection of the non-stalking horse bidder.  The sale transaction closed on February 29, 2016, from which the Debtor received $125,000 (the "Sale Proceeds"), which is currently maintained in an escrow account by KWJSS.

38.     K&W undertook substantial efforts in communicating with potential bidders and their advisors regarding the sale process, the requirements of the Bidding Procedures Order and the Auction.

39.     As described above, the foregoing efforts culminated in a successful sale of the Debtor's assets, which will enable a distribution to creditors under a plan of liquidation to be filed with the Court as soon as reasonably practicable.  It cannot be disputed that KWJSS's efforts and time spent on the sale process was necessary and of substantial benefit to the Debtor and its creditors.

40.     In addition, as part of the closing of the Sale, K&W, on behalf of the Debtor, communicated with certain contract counterparties related to the disposition of their respective agreements as a result of the Sale. K&W also spent time during the Second Interim Period communicating with the second-highest bidder as to its status and with other bidders regarding the return of the deposits they tendered in accordance with the Bidding Procedures Order.

41.     A total of 113.50 hours amounting to $42,320.00 in fees and $1,077.86 in expenses were incurred by KWJSS in connection with this project category during the Fee Period for a total of $43,397.86.

## LEGAL AUTHORITY FOR REQUESTED COMPENSATION

42.     Section 330 of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and . . . reimbursement of actual, necessary expenses." See 11 U.S.C. §§330(a)(1).

43. When determining reasonable compensation for professionals, the court utilizes standards found within section 330 of the Bankruptcy Code. Section 330, and specifically subsection (a)(3), was amended in 1994 to codify the factors historically relied upon by the courts found in <u>Johnson v. Georgia Highway Express</u>, 488 F.2d 714 (5th Cir. 1977) and <u>Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.)</u>, 544 F.2d 1291, 1294 (5th Cir. 1977).

44. Under section 330(a)(3), the court is provided with latitude to consider "all relevant factors," with express enumeration of the following criteria:

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

45. Courts in the Second Circuit have employed the "lodestar approach" for calculating judicial awards of compensation to attorneys. Developed by the Third Circuit in <u>Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp.</u>, 487 F.2d 161 (3d Cir. 1973), the "lodestar approach" involves multiplying the hours spent on a case, based on

attorney time records, by a reasonable hourly rate of compensation for each attorney based on those normally charged for similar work by attorneys of comparable skill and experience, Arbor Hill Concerned Citizens Neighborhood Ass'n v. Cty of Albany, 522 F.3d 182, 186 (2d Cir. N.Y. 2007) ("Arbor Hill"); Savoie v. Merchants Bank, 166 F.3d 456, 460 (2d Cir. 1999); Detroit v. Grinnell Corp., 560 F.2d 1093, 1098 (2d Cir. N.Y. 1977). The resulting "lodestar" figure is presumed reasonable.  Arbor Hill, 522 F.3d at 189; Madison Realty Capital, L.P. v. Morris, 2009 U.S. Dist. LEXIS 129175, at *22 (S.D.N.Y. June 25, 2009) (citing Arbor Hill).

46.    Once calculated, the lodestar amount may be adjusted upward or downward to take into account the facts of the particular case. See Savoie v. Merchants Bank, 166 F.3d at 460. Factors reflecting the litigation risk, complexity of the issues, contingent nature of the engagement, skill of the attorneys, and other factors may thereafter be employed to arrive at a reasonable and just compensation in excess of the lodestar figure. Savoie v. Merchants Bank, 166 F.3d at 460; In re Flag Telecom Holdings, 2010 U.S. Dist. LEXIS 119702, at *69 (S.D.N.Y. Nov. 5, 2010).

47.    KWJSS respectfully submits that the services rendered and expenses incurred during the Fee Period for which KWJSS seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, inter alia, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJSS respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation

requested in this Application since the number of hours expended by and the hourly rates of KWJSS are more than reasonable.

## AFFIRMATION PURSUANT TO BANKRUPTCY RULE 2016

48.    No agreement or understanding exists between the Debtor and any other person, or KWJSS and any other person, for a division of compensation received or to be received for services rendered in or in connection with this Chapter 11 Case.

49.    No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by KWJSS.  The services were performed for and on behalf of the Debtor.

50.    KWJSS received prepetition advance retainer deposits from the Debtor (i) on September 4, 2015, in the amount $7,500, (ii) on September 24, 2015 in the amount of $15,000; (iii) on October 1, 2015 in the amount of $7,500; and (iv) on October 9, 2015 in the amount of $2,500.

51.    The remaining retainer balance after payment for prepetition services is $8,336.75 (the "Retainer Balance").  As of the date of this Application, KWJSS has not applied any of the Retainer Balance against outstanding fees and expenses incurred during the Fee Period.

52.    From the aforementioned $125,000 in Sale Proceeds, $40,000 will be paid to one of the Debtor's secured creditors under the confirmed plan.  The remaining $85,000 would be available to pay KWJSS' fees if allowed.  Accordingly, KWJSS requests that if this Court were to allow its fees and expenses in full ($96,464.96), that KWJSS be authorized to pay from its escrow account the available sale proceeds of $85,000 and the Retainer Balance of $8,336.75, for a total payment of $93,336.75.

**WHEREFORE**, KWJSS respectfully requests that this Court enter an order (a) allowing KWJSS the sum of (i) $93,778.75 as compensation for services rendered during the Fee Period,

and (ii) $2,686.21 as reimbursement for expenses incurred during the Fee Period; (b) authorizing

and directing the Debtor to pay to KWJSS the sum of $93,336.75U; and (c) granting such other

and further relief as the Court deems just and appropriate

Dated:   New York, New York
         April 12, 2016

                                          KLESTADT WINTERS JURELLER
                                          SOUTHARD & STEVENS, LLP


                                   By:    */s/ Tracy L. Klestadt*
                                          Tracy L. Klestadt
                                          200 W. 41st Street, 17th Floor
                                          New York, NY 10036
                                          Tel: (212) 972-3000
                                          Fax: (212) 972-2245
                                          Email: tklestadt@klestadt.com

                                          *Counsel to the Debtor*

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| | Hours | Units | Value |
|---|---|---|---|
| **Matter Description (First Line): Cash Collateral** | | | |
| | 2.10 | 0.00 | 600.00 |
| **Matter Description (First Line): Chapter 11 General** | | | |
| | 80.80 | 0.00 | 25,416.25 |
| **Matter Description (First Line): Claims** | | | |
| | 7.60 | 0.00 | 1,950.00 |
| **Matter Description (First Line): Ombudsman Motion** | | | |
| | 11.20 | 0.00 | 3,092.50 |
| **Matter Description (First Line): Plan and Disclosure Statement** | | | |
| | 56.20 | 0.00 | 17,822.50 |
| **Matter Description (First Line): Retentions and Fees** | | | |
| | 11.00 | 0.00 | 2,577.50 |
| **Matter Description (First Line): Sale** | | | |
| | 113.50 | 0.00 | 42,320.00 |
| **Grand Total:** | 282.40 | 0.00 | $93,778.75 |

4/12/2016 11:09:07 AM

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition' and fee

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

|  | Hours | Units | Value |
|---|---|---|---|
| **Component: CONFCALLS** | | | |
|  | 0.00 | 8.00 | 36.49 |
| **Component: FEDEX** | | | |
|  | 0.00 | 15.00 | 191.66 |
| **Component: FILEFEE** | | | |
|  | 0.00 | 1.00 | 176.00 |
| **Component: MISC** | | | |
|  | 0.00 | 1.00 | 1,075.00 |
| **Component: PACER** | | | |
|  | 0.00 | 2.00 | 71.80 |
| **Component: PHOTOCOPY** | | | |
|  | 0.00 | 5,426.00 | 542.60 |
| **Component: POSTAGE** | | | |
|  | 0.00 | 217.00 | 180.38 |
| **Component: TAXI** | | | |
|  | 0.00 | 2.00 | 40.20 |
| **Component: TRAIN** | | | |
|  | 0.00 | 3.00 | 43.00 |
| **Component: TRANS** | | | |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition' and cost

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

|  | Hours | Units | Value |
|---|---|---|---|
|  | 0.00 | 1.00 | 214.50 |
| **Component: WESTLAW** |  |  |  |
|  | 0.00 | 3.00 | 114.58 |
| **Grand Total:** | 0.00 | 5,679.00 | $2,686.21 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition' and cost

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

|  | Hours | Units | Value |
|---|---|---|---|
| **Professional: Angela Plura** | | | |
|  | 0.50 | 0.00 | 75.00 |
| **Professional: Kristen M. Garofalo** | | | |
|  | 5.00 | 0.00 | 750.00 |
| **Professional: Maeghan J. McLoughlin** | | | |
|  | 226.50 | 0.00 | 65,561.25 |
| **Professional: Renea A. Gargiulo** | | | |
|  | 6.20 | 0.00 | 705.00 |
| **Professional: Stephanie L. Nocella** | | | |
|  | 5.40 | 0.00 | 810.00 |
| **Professional: Tracy L. Klestadt** | | | |
|  | 38.80 | 0.00 | 25,877.50 |
| **Grand Total:** | 282.40 | 0.00 | $93,778.75 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition' and fee

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| **Matter Description (First Line): Cash Collateral** | | | | | | | |
| 10/16/2015 | Tracy L. Klestadt | 10803.003/ Ageless 360 Medical Cash Collateral Reviewing Kirschenbaum opposition to cash collateral motion. | Fees | 0.20 | 0.00 | 650.00 | 130.00 |
| 10/18/2015 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Reviewing objection to cash collateral motion and further emailing with Mr. Klestadt regarding objection. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 10/23/2015 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Reviewing cash collateral interim order, preparing service list, and coordinating service with Ms. Garofalo. | Fees | 0.40 | 0.00 | 275.00 | 110.00 |
| 10/23/2015 | Kristen M. Garofalo | 10803.003/ Ageless 360 Medical Cash Collateral Serving Interim Order Authorizing Cash Collateral per Ms. McLoughlin's request. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 10/23/2015 | Kristen M. Garofalo | 10803.003/ Ageless 360 Medical Cash Collateral Postage for service of Interim Order Authorizing Cash Collateral. | POSTAGE | 0.00 | 26.00 | 0.71 | 18.33 |
| 11/05/2015 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Two conferences with Mr. Scheinwald concerning Debtor's use of cash collateral and Debtor's business practices. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2015 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Conference with Mr. Nugent concerning South Central check and further emailing Ms. Sarnelli. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 03/01/2016 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Emailing Ms. Sarnelli concerning checks to K&K. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/02/2016 | Maeghan J. McLoughlin | 10803.003/ Ageless 360 Medical Cash Collateral Emailing Ms. Sarnelli for backup on K&K payments. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| | | **Matter Description (First Line): Cash Collateral** | | 2.10 | 26.00 | | 618.33 |

**Matter Description (First Line): Chapter 11 General**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/13/2015 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing creditor matrix in text format per Ms. McLaughlin's request. | Fees | 0.30 | 0.00 | 150.00 | 45.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/13/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Several conferences with Chambers and with Clerk's office regarding missing documents and motions filed and creditor matrix, emailing with Ms. Gargiulo regarding matrix, and uploading same (.4); conference with Mr. Yang (UST office) regarding case status, and sending documents to Mr. Yang and further conferring with Mr. Yang regarding issues with wages and with cash collateral and patient care ombudsman (.5); briefly researching case law on health care ombudsman and ability to dispense with same (.8); further conference with Chambers regarding hearing dates (.1); conferences (several) with Chambers regarding uploading proposed orders, revising orders and re-uploading same (.3); reviewing bankruptcy rules and local rules on corporate ownership statement, resolutions etc required by court, drafting required documents, and sending to client with explanation, and filing same with Court (.9); reviewing EDNY local rules for requirements for first day motions and emailing with Mr. Klestadt regarding same (.6); begin drafting statement of operations, cash flow statement, and balance sheet based on budget and client data, reviewing online forms for same, reviewing small business and regular business MORs for format and formatting same (2.6). | Fees | 6.20 | 0.00 | 275.00 | 1,705.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/14/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with Mr. Klestadt concerning first day hearing and reviewing calendar for available dates (.2); several conferences with Chambers concerning hearing dates, and revising proposed order scheduling first day hearing several times and uploading same (.4); emailing with Mr. Yang concerning availability for hearing dates (.1); emailing with Ms. Plura and Ms. Garofalo concerning addresses for service (.2); conference with Chambers regarding service of all first day motions and scheduling order by end of day, preparing service list and reviewing all service parties, further serving first day motions and scheduling order on service parties by email, Fed Ex, fax, and express service, and drafting and filing certificate of service (2.1); telephone conference with Mr. Ken Kirschenbaum and further emailing Messrs. Klestadt and Janey with summary of same (.2). | Fees | 3.20 | 0.00 | 275.00 | 880.00 |
| 10/14/2015 | Kristen M. Garofalo | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-194-96829 for shipment to Leonard & Ramona DeMarco. | FEDEX | 0.00 | 1.00 | 14.79 | 14.79 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/14/2015 | Kristen M. Garofalo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Source Ventures LLC. | FEDEX | 0.00 | 1.00 | 11.25 | 11.25 |
| 10/14/2015 | Kristen M. Garofalo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Attorney General of the State of<br>NY. | FEDEX | 0.00 | 1.00 | 11.25 | 11.25 |
| 10/14/2015 | Kristen M. Garofalo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Department of Taxation and<br>Finance. | FEDEX | 0.00 | 1.00 | 11.25 | 11.25 |
| 10/14/2015 | Kristen M. Garofalo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Internal Revenue Service. | FEDEX | 0.00 | 1.00 | 11.25 | 11.25 |
| 10/14/2015 | Angela Plura | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Barbara Cinque. | FEDEX | 0.00 | 1.00 | 15.49 | 15.49 |
| 10/14/2015 | Angela Plura | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-194-96829 for<br>shipment to Luis Khoury, Inc. | FEDEX | 0.00 | 1.00 | 15.49 | 15.49 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/14/2015 | Angela Plura | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-194-96829 for shipment to Dino Carfora. | FEDEX | 0.00 | 1.00 | 15.49 | 15.49 |
| 10/14/2015 | Angela Plura | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-194-96829 for shipment to Xerox Corporation. | FEDEX | 0.00 | 1.00 | 11.96 | 11.96 |
| 10/14/2015 | Angela Plura | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-194-96829 for shipment to Barbara Welch. | FEDEX | 0.00 | 1.00 | 15.49 | 15.49 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/15/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with Ms. Gargiulo regarding size of tax return files, and filing same (.2); emailing and further conferring with Dr. Carfora regarding post-petition paycheck and prepetition wages (.3); sending Dr. Carfora and Ms. Sarnelli lengthy list of items needed for court requirements and further conference with Dr. Carfora re bank account and wages, and conference with Ms. Sarnelli regarding financial statements (.6); reviewing and updating letter to client with background and information on bankruptcy case and sending to client for review (.3); emailing with Mr. Klestadt regarding wages and bank account transition (.1); finding and sending Ms. Sarnelli cash flow forms for cash flow statement (.3); discussing courtesy copies with Ms. Plura (.1). | Fees | 1.90 | 0.00 | 275.00 | 522.50 |
| 10/15/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-194-96829 for shipment to Hon. Robert E. Grossman, US Bankruptcy Court. | FEDEX | 0.00 | 1.00 | 13.26 | 13.26 |
| 10/15/2015 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical Chapter 11 General Providing Mr. Janey with CourtCall contact and scheduling information per Mr. Klestadt's request. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/16/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing Kirschenbaum opposition to pre-petition wage motion. | Fees | 0.20 | 0.00 | 650.00 | 130.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/16/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Numerous emails with Ms. Sarnelli regarding payroll and explaining method of bifurcating pre and post petition payroll, reviewing payroll and emailing Ms. Sarnelli with additional questions, and further drafting revised employee spreadsheet and sending to Mr. Yang (.8); conference with Mr. Klestadt regarding financial documents, reviewing statement of operations and cash flow, comparing to budget, revising same, drafting statement regarding inability to prepare balance sheet and filing financial documents (.9); preparing hearing binder for Mr. Klestadt (.5); conferences with UST and with Citibank to set up DIP account (.4); discussing returned mail with Ms. Plura and locating new addresses (.2); coordinating conference call and calendaring same (.1); conference with Chambers regarding tax returns (.1); sending Mr. Janey Rule 1007, several conferences with Mr. Janey regarding malpractice claims, litigation strategy going forward, and hearing on Monday (.3); reviewing balance sheet and emailing Ms. Sarnelli regarding balance sheet and breakdown between pre and post petition expenses and liabilities (.2); reviewing objection to wage motion (.1). | Fees | 3.60 | 0.00 | 275.00 | 990.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/18/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Conference call with client, Mr. Janey, Ms. McLoughlin re issues for hearing tomorrow on wage and cash collateral motions and other matters raised by US Trustee and K&K objections. | Fees | 0.80 | 0.00 | 650.00 | 520.00 |
| 10/18/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing for and conference with Messrs. Klestadt and Janey and Ms. Sarnelli and Dr. Carfora. | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 10/19/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Filing new exhibit to employee wage motion and sending to K&K (.2); lengthy conference with Ms. Sarnelli regarding first day hearing (.3); conference with Mr. Klestadt regarding hearing, and further revising cash collateral interim order, budget, wage motion interim order and uploading same (.6); emailing client summary of hearing and obligations and rights going forward (.3); conference with UST office regarding initial debtor interview (.1); emailing Dr. Carfora regarding IDI, and sending list of dates requiring attendance (.1). | Fees | 1.60 | 0.00 | 275.00 | 440.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/19/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing for and attending first day hearing, including meeting with Ms. Sarnelli at Courthouse to prepare for possible testimony and conferring with Ms. Sarnelli and Ms. McLoughlin re results and tasks going forward [3.30] and e-mails thereon [.20]. | Fees | 3.50 | 0.00 | 650.00 | 2,275.00 |
| 10/20/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Organizing case files (petition, affidavits, certificates of service, and documents prepared for hearing) (.3); emailing Dr. Carfora regarding IDID meeting time and reviewing transportation options (.1); discussing hearing with Mr. Klestadt (.1); conference with Chambers regarding new orders (.1); reviewing requirements for small business MOR, conference with Mr. Varvaro (CPA) regarding Debtor's books, MORs, Quick Books, and further emailing Ms. Sarnelli summary of MORs and requirements for same (.5). | Fees | 1.10 | 0.00 | 275.00 | 302.50 |
| 10/20/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Arkadin Inc. invoice no. C227132082015 for conference call on 9/30/15. | CONFCALLS | 0.00 | 1.00 | 5.76 | 5.76 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/21/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Ms. Sarnelli regarding post petition bills (.1); reviewing complaint against Dr. Carfora and emailing with Mr. Klestadt (.1); | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 10/22/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing and saving wage order. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 10/23/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Mr. Fusco re IDI, reviewing checklist, begin preparing documents on hand, scanning same and sending to client with outline of items to prepare (.4); reviewing motion to maintain cash management system, conference with Mr. Yang re bank accounts, further emailing client detailed email on process for opening new accounts and necessity for doing same (.5); drafting and filing list of equity security holders (.2); further emailing with client regarding bank accounts (.1). | Fees | 1.20 | 0.00 | 275.00 | 330.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/27/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing Debtor regarding Initial Debtor Interview and conference with Ms. Drafting motion for a determination that health care ombudsman is not necessary  (3.2), emailing client with questions on internal and external regulatory and quality control (.2); and researching case law in support of same (2.2); emailing Dr. Carfora regarding IDI and sending UST Operating Guidelines, emailing regarding check (.3); emailing with Ms. Sarnelli regarding outstanding information (.1): conference with Mr. Fusco re IDI (.1); | Fees | 6.10 | 0.00 | 275.00 | 1,677.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/28/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing IDI checklist and emailing Ms. Sarnelli (.1); preparing packet for IDI based on requested checklist and further following up with client for information (.6); reviewing additional documents sent from Ms. Sarnelli for Debtor interview, organizing documents into packet for interview, and emailing regarding balance sheet (.3); emailing with Dr. Carfora and Mr. Carfora regarding issues at TD Bank, further conference with TD Bank, emailing client with additional requirements, and faxing documents to TD Bank (.5); lengthy conference with Dr. Carfora regarding preparation for initial debtor interview and expectations for same (.3); preparing additional documents for IDI (.2). | Fees | 2.00 | 0.00 | 275.00 | 550.00 |
| 10/29/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conferring with Dr. Carfora prior to IDI, attending IDI, and conferring with Dr. Carfora following IDI (1.6); discussing interview with Mr. Klestadt (.1); reviewing TD Bank documents and emailing Dr. Carfora (.1). | Fees | 1.80 | 0.00 | 275.00 | 495.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/29/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Traveling to and from Initial Debtor Interview (billed at half-rate.) | Fees | 3.50 | 0.00 | 137.50 | 481.25 |
| 10/29/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General LIRR ticket for Ms. McLoughlin. | TRAIN | 0.00 | 1.00 | 26.50 | 26.50 |
| 10/30/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing retention applications to Mr. Yang (.1); emailing with chambers regarding hearing date, drafting notice of hearing, filing same, preparing service list, and coordinating with Ms. Plura for service (.5); emailing Dr. Carfora, and Ms. Sarnelli regarding TD Bank letter (.2); reviewing affidavit of service and emailing Ms. Plura with issues, reviewing revised version and filing same (.2). | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 10/30/2015 | Angela Plura | 10803.002/ Ageless 360 Medical Chapter 11 General Postage for service. | POSTAGE | 0.00 | 26.00 | 1.42 | 36.92 |
| 10/30/2015 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical Chapter 11 General Photocopies for October 2015. | PHOTOCOPY | 0.00 | 1,928.00 | 0.10 | 192.80 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/02/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Discussing case strategy with Mr. Klestadt, emailing Dr. Carfora in connection with questions (.2); emailing Mr. Fusco TD Bank letter (.1). | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/03/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with Mr. Klestadt regarding monthly operating reports, emailing Ms. Sarnelli regarding accountant and monthly operating reports. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 11/04/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Mr. Yang regarding retention applications (.1); emailing Messrs. Artura, Janey, and Klestadt to organize conference (.1); emailing Dr. Carfora regarding letter to insurance companies (.1); conference with Mr. Varvaro regarding retention and monthly operating reports (.1). | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/05/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Mr. Varvaro concerning MORs and bank account issues (.1); conference with Mr. Janey regarding K&K debt (.1); further conference with Messrs. Klestadt and Janey (.2); further conference with Messrs. Klestadt and Artura, and Dr. Carfora (.6); leaving detailed voicemail for Mr. Yang regarding bank account and further emailing client (.2); reviewing Bankruptcy Rules and calendaring deadlines for motion to assume/reject lease and expiration of exclusivity/extension of exclusivity (.3). | Fees | 1.50 | 0.00 | 275.00 | 412.50 |
| 11/05/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Calls with Dr. Carfora, Mr. Janey, Mr. Artura, Ms. McLoughlin re status of case, potential offer to purchase business assets from another medical practitioner, and timing of potential personal bankruptcy filing and interrelationship with possible section 363 sale. | Fees | 0.50 | 0.00 | 650.00 | 325.00 |
| 11/05/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General FedEx invoice no. 5-224-58729 for shipment to Hon. Robert E. Grossman, US Bankruptcy Court. | FEDEX | 0.00 | 1.00 | 11.05 | 11.05 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/06/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Call with Dr. Kavesteen re possible interest in acquisition transaction. | Fees | 0.50 | 0.00 | 650.00 | 325.00 |
| 11/09/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Discussing K&K v. Gottlieb and Gordon lawsuit with Mr. Klestadt and reviewing complaint. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/10/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Call with Raymond Iryami, Esq./counsel to Dr. Kavesteen (potential asset purchaser) re case background and preliminary transaction terms. | Fees | 0.30 | 0.00 | 650.00 | 195.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/10/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Lengthy conference with Mr. Yang concerning bank account issues and further emailing Mr. Klestadt regarding same, followed by email to client requesting bank account letter (.4); emailing client explaining substance of 341 meeting, documents to review, and briefly discussing expectations for 341 meeting with Mr. Stevens (.3); lengthy conference with Ms. Sarnelli concerning bank accounts, insurance companies and applications for nre accounts, Debtor's financial status, and drafting notes on same (.4). | Fees | 1.40 | 0.00 | 275.00 | 385.00 |
| 11/11/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Discussing bank account issue and financial issue with Mr. Klestadt, and further discussing preparation for 341 meeting (.2); emailing client lengthy email explaining necessity for new bank accounts and previous representations to court (.3); emailing Mr. Yang (.1); emailing client regarding conference for 341 preparation (.1);conference with Dr. Carfora (.2); conference with Ms. Sarnelli (.3). | Fees | 1.20 | 0.00 | 275.00 | 330.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/12/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing for 341 meeting and preparing binder for same (1.0); emailing several times with Ms. Sarnelli and Dr. Carfora regarding cash status and opening of bank accounts (.2); emailing with Mr. Varvaro regarding accounting issues (.1). | Fees | 1.30 | 0.00 | 275.00 | 357.50 |
| 11/12/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Call with Raymond Iryami, Esq./counsel to Dr. Kavesteen re terms of proposed transaction, logistics for documenting same, issues regarding assignment of lease and collection of receivables, etc. | Fees | 0.40 | 0.00 | 650.00 | 260.00 |
| 11/13/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Call with Dr. Carfora, Ms. McLoughlin, Mr. Artura re results of section 341 meeting and strategy going forward. | Fees | 0.30 | 0.00 | 650.00 | 195.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/13/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Traveling to and from 341 meeting (3.2); attending 341 meeting with client (2.0); attending meeting at Mr. Artura's office with client (2.5); several conferences with Mr. Klestadt concerning 341 meeting (.2); sending requested documents to Mr. Artura (.1); emailing Mr. Yang regarding documents (.1). | Fees | 8.10 | 0.00 | 275.00 | 2,227.50 |
| 11/16/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Messrs. Klestadt and Macco concerning APA and terms (.1); reviewing Dept of State website for registered DBA (.2), reviewing lease for terms and assignment provisions and sending to Mr. Macco (.3) further emailing client with questions after reviewing list of open items from 341 meeting (.2), mailing documents to Mr. Yang (.1), lengthy discussion with Ms. Sarnelli (.2). | Fees | 1.10 | 0.00 | 275.00 | 302.50 |
| 11/17/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing DBA registration documents and sending to Mr. Macco (.2); discussing Margaux Levy claim with Dr. Carfora (.1). | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/18/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing Ms. Sarnelli regarding monthly operating report (.1); emailing client regarding creditor claim (.1). | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 11/19/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-224-58729 for shipment to Hon. Robert E. Grossman, US Bankruptcy Court on 10/30/15. | FEDEX | 0.00 | 1.00 | 10.86 | 10.86 |
| 11/19/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Arkadin Inc. invoice no. C227132102015 for conference call on 10/18/15. | CONFCALLS | 0.00 | 1.00 | 11.37 | 11.37 |
| 11/19/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Arkadin Inc. invoice no. C227132102015 for conference call on 10/2/15. | CONFCALLS | 0.00 | 1.00 | 3.83 | 3.83 |
| 11/19/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Arkadin Inc. invoice no. C227132102015 for conference call on 10/18/15. | CONFCALLS | 0.00 | 1.00 | 0.39 | 0.39 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/19/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing client regarding 341 meeting and attendance at same (later cancelled) (.1); further emailing client regarding strategy and plan for chapter 11 case and need for term sheet (.2); reviewing draft MOR from client and accountant, and emailing lengthy list of questions (1.5); emailing client regarding lease issues (.1); briefly reviewing MOR and conference with Mr. Varvaro regarding MOR (.2). | Fees | 2.10 | 0.00 | 275.00 | 577.50 |
| 11/20/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General E-mails and call with client re status of negotiations with Dr. Kavesteen, logistics for section 363 sale, etc. [.40]; call with Mr. Iryami re status of term sheet and information requested [.20]; reviewing term sheet received and e-mails thereon [.30]. | Fees | 0.90 | 0.00 | 650.00 | 585.00 |
| 11/20/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General West information charges for legal research for October 2015, invoice no. 832842946. | WESTLAW | 0.00 | 1.00 | 5.30 | 5.30 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/20/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with client concerning adjourned 341 meeting, plan going forward, and further discussing with Mr. Klestadt (.3); reviewing new drafts of October MOR, preparing October MOR with exhibits, and emailing client requesting additional information, and further emailing with Mr. Klestadt, sending hard copy to Mr. Yang (1.6); emailing Ms. Sarnelli concerning creditor (.1); reviewing leases and sending to Mr. Klestadt with explanation of each (.3). | Fees | 2.30 | 0.00 | 275.00 | 632.50 |
| 11/23/2015 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Conferring with Ms. McLoughlin re term sheet received from Mr. Macco and call with Mr. Macco re negotiations thereon. | Fees | 0.30 | 0.00 | 650.00 | 195.00 |
| 11/23/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing term sheet, discussing with Mr. Klestadt, and further conference with Messrs. Klestadt and Macco. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/30/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing letter from Mr. Fusco concerning MOR error, conference with Mr. Fusco, and emailing client. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/30/2015 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Photocopies for November 2015. | PHOTOCOPY | 0.00 | 732.00 | 0.10 | 73.20 |
| 12/04/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing and further conference with Ms. Sarnelli regarding proof of claim and prepetition amounts due, and further discussing collections. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 12/09/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing Ms. Gargiulo concerning Schedule F, sending creditor names and amounts owed, explaining process for adding creditors to Schedule F to Ms. Gargiulo, reviewing Schedule F, making changes, and finalizing same (.8) ;reviewing process for filing amendment to Sched F, reviewing USBC 63/LR 1009-1(a) affidavit, reviewing process for service of new schedules and emailing Ms. Gargiulo with explanation (.5). | Fees | 1.30 | 0.00 | 275.00 | 357.50 |
| 12/09/2015 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Updating/amending Schedule F to new bankruptcy form for resubmission/filing per Ms. McLoughlin's request. | Fees | 0.60 | 0.00 | 150.00 | 90.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/10/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Conference with Mr. Fusco concerning withholding taxes and further conference with Ms. Sarnelli concerning taxes. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 12/10/2015 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Transferring bankruptcy documents over to new software and new filing forms and updating Schedule F in preparation for filing per Ms. McLoughlin's request | Fees | 1.50 | 0.00 | 0.00 | 0.00 |
| 12/11/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Several conferences with Ms. Sarnelli concerning IRS withdrawals, reviewing Baron payroll report, and sending report to Mr. Fusco. | Fees | 0.40 | 0.00 | 275.00 | 110.00 |
| 12/15/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Arkadin Inc. invoice no. C227132112015 for conference call on 11/5/15. | CONFCALLS | 0.00 | 1.00 | 1.31 | 1.31 |
| 12/15/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Arkadin Inc. invoice no. C227132112015 for conference call on 11/5/15. | CONFCALLS | 0.00 | 1.00 | 5.70 | 5.70 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing and sending IRS Transcript, further discussing discrepancies with Ms. Sarnelli, reviewing various bank statements, conferring and emailing with Ms. Sarnelii regarding entries on bank statement (.5); emailing regarding November MOR (.1). | Fees | 0.60 | 0.00 | 275.00 | 165.00 |
| 12/16/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing revised bank statements and sending to Mr. Fusco for review. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 12/16/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Filing Fee for Sale Motion. | FILEFEE | 0.00 | 1.00 | 176.00 | 176.00 |
| 12/16/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Taxi home from office. | TAXI | 0.00 | 1.00 | 21.84 | 21.84 |
| 12/17/2015 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical Chapter 11 General Postage for service of sale motion and notice package. | POSTAGE | 0.00 | 6.00 | 3.18 | 19.08 |
| 12/17/2015 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical Chapter 11 General Postage for service of sale motion and notice. | POSTAGE | 0.00 | 54.00 | 0.48 | 25.92 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/18/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Briefly reviewing November MOR. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 12/21/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Reviewing monthly operating report, drafting list of questions/issues and sending to client, conference with Mr. Varvaro, preparing and compiling November MOR, and filing same. | Fees | 1.40 | 0.00 | 275.00 | 385.00 |
| 12/28/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Reviewing dismissal of action against debtor's owner, and emailing regarding dismissal. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 12/29/2015 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>FedEx invoice no. 5-261-77126 for shipment to Stan Yang, Office of the US Trustee on 11/16/15. | FEDEX | 0.00 | 1.00 | 11.05 | 11.05 |
| 12/31/2015 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Photocopies for December 2015. | PHOTOCOPY | 0.00 | 653.00 | 0.10 | 65.30 |
| 01/04/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Late evening axi home from office. | TAXI | 0.00 | 1.00 | 18.36 | 18.36 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2016 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing mailing materials and serving notice of sale and bidding procedures (1.1) and preparing affidavit of service per Ms. McLoughlin's request (0.2). | Fees | 1.30 | 0.00 | 150.00 | 195.00 |
| 01/07/2016 | Renea A. Gargiulo | 10803.002/ Ageless 360 Medical Chapter 11 General Postage for service of notice of sale and bidding procedures. | POSTAGE | 0.00 | 59.00 | 0.98 | 57.82 |
| 01/14/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing UST guidelines on disbursements, calculating disbursements, and emailing client regarding fee and disbursements. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 01/18/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Conference with Mr. Varvaro concerning December MOR, further reviewing report from Ms. Sarnelli, reviewing bank statements from Ms. Sarnelli, emailing Mr. Varvaro and Ms. Sarnelli (separately) with questions. | Fees | 0.60 | 0.00 | 325.00 | 195.00 |
| 01/19/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Arkadin Inc. invoice no. C227132122015 for conference call on 12/14/15. | CONFCALLS | 0.00 | 1.00 | 5.27 | 5.27 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/19/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General<br>FedEx invoice no. 5-290-14981 for shipment to Hon. Robert E. Grossman, USBC, Central Islip on 12/30/15. | FEDEX | 0.00 | 1.00 | 11.73 | 11.73 |
| 01/19/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General<br>West information charges for legal research for December 2015, invoice no. 833220420. | WESTLAW | 0.00 | 1.00 | 87.33 | 87.33 |
| 01/19/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General<br>Reviewing MOR and emailing with Mr. Varvaro. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 01/20/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General<br>Reviewing December MOR and revised MOR, further emailing with questions, preparing for filing, and filing same. | Fees | 0.60 | 0.00 | 325.00 | 195.00 |
| 01/21/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General<br>Mailing MOR to Mr. Yang. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 01/25/2016 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General<br>Public Access to Court Electronic Records for quarter ending 12/31/15. | PACER | 0.00 | 1.00 | 1.80 | 1.80 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/25/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Public Access to Court Electronic Records for quarter ending 12/31/15. | PACER | 0.00 | 1.00 | 70.00 | 70.00 |
| 01/27/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Calculating disbursements and US Trustee fees and emailing client explaining fees and process for paying same. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 01/29/2016 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Photocopies for January 2016. | PHOTOCOPY | 0.00 | 1,229.00 | 0.10 | 122.90 |
| 02/01/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>LIRR Train Travel. | TRAIN | 0.00 | 1.00 | 8.25 | 8.25 |
| 02/02/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Reviewing lawsuit against Debtor and calling counsel to plaintiff. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 02/03/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Reviewing stay violation rules and conferring with attorney for plaintiff concerning lawsuit and further conference with attorney. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/05/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing with Ms. Sarnelli concerning payroll, rent, etc several times (.2); emailing regarding creditor and reviewing invoices regarding creditor who appeared at office (.2); emailing with Mr. Varvaro re 1099 (.1). | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 02/16/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Lengthy conference with Ms. Sarnelli concerning AR and collections. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 02/18/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>West information charges for legal research for January 2016, invoice no. 833389642. | WESTLAW | 0.00 | 1.00 | 21.95 | 21.95 |
| 02/19/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing with Ms. Sarnelli regarding cash status (.1); emailing with Mr. Varvaro concerning MOR (.1). | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 02/22/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Reviewing January MOR and sending to client for signature (.2); filing and mailing to UST (.1) | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 02/29/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Veritext invoice no. NY2551008 for transcript of hearing on 2/1/16. | TRANS | 0.00 | 1.00 | 214.50 | 214.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------------------------|-----------|-------|-------|-------|-------|
| 02/29/2016 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Photocopies for February 2016. | PHOTOCOPY | 0.00 | 858.00 | 0.10 | 85.80 |
| 02/29/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>LIRR Train Travel on 1/6/16. | TRAIN | 0.00 | 1.00 | 8.25 | 8.25 |
| 03/07/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing client with cash update. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/15/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Discussing case status with Mr. Klestadt and strategy going forward. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/16/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Emailing Ms. Sarnelli and Mr. Varvaro regarding monthly operating report. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/17/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical<br>Chapter 11 General<br>Conference with Mr. Sarnelli concerning collections and cash flow, and monthly operating report (.3); reviewing emails between Ms. Sarnelli and billing company and leaving voicemail for Ms. Galletti (billing co) (.3). | Fees | 0.60 | 0.00 | 325.00 | 195.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/18/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with Ms. Sarnelli regarding MD Everwhere and leaving message for Mr. Liter (.2); emailing regarding MOR (.1). | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 03/21/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Reviewing MOR and emailing client with questions (.2); emailing with Ms. Sarnelli and leaving voicemail for Mr. Liter (.1). | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 03/22/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing regarding MOR and further calling Mr. Liter regarding collections and data. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/28/2016 | Maeghan J. McLoughlin | 10803.002/ Ageless 360 Medical Chapter 11 General Emailing with Ms. Sarnelli concerning return of patient data. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 03/31/2016 | Stephanie L. Nocella | 10803.002/ Ageless 360 Medical Chapter 11 General Photocopies for March 2016. | PHOTOCOPY | 0.00 | 26.00 | 0.10 | 2.60 |
| 04/04/2016 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Call with Ms. Rosario of Sound Medical (purchaser) re status of receivable collections; reviewing e-mail from Ms. Sartelli thereon; e-mails to/from Mr. Shainwald thereon. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/04/2016 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Preparing for status conference tomorrow. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 04/06/2016 | Tracy L. Klestadt | 10803.002/ Ageless 360 Medical Chapter 11 General Attending status conference before Judge Grossman. | Fees | 2.00 | 0.00 | 675.00 | 1,350.00 |
| | | **Matter Description (First Line): Chapter 11 General** | | 80.80 | 5,605.00 | | 26,983.96 |
| **Matter Description (First Line): Claims** | | | | | | | |
| 10/20/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims Reviewing EDNY local rules and judge's procedures for bar date motion and begin drafting same. | Fees | 1.00 | 0.00 | 275.00 | 275.00 |
| 10/21/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims Continue drafting bar date motion, conference with chambers, revising accordingly, revising provisions on voting and plan distribution, finalizing and sending to Mr. Klestadt for review. | Fees | 2.00 | 0.00 | 275.00 | 550.00 |
| 10/21/2015 | Tracy L. Klestadt | 10803.005/ Ageless 360 Medical Claims Reviewing draft of bar date motion. | Fees | 0.10 | 0.00 | 650.00 | 65.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/05/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Revising bar dates, finalizing motion, sending to Mr. Klestadt, filing bar date motion, and sending courtesy copy to chambers. | Fees | 0.60 | 0.00 | 275.00 | 165.00 |
| 11/12/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Reviewing bar date order and notice, and uploading same per Chambers' request. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/17/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Reviewing bar date order and notice, revising notice, preparing POC form, reviewing docket for notice of appearance parties, preparing service list and sending same to Ms. Garofalo, and further discussing proof of claim forms with Ms. Garofalo. | Fees | 1.10 | 0.00 | 275.00 | 302.50 |
| 11/17/2015 | Kristen M. Garofalo | 10803.005/ Ageless 360 Medical Claims<br>Serving Notice of Bar Dates and Proof of Claim form per Ms. McLoughlin's request. | Fees | 1.00 | 0.00 | 150.00 | 150.00 |
| 11/17/2015 | Kristen M. Garofalo | 10803.005/ Ageless 360 Medical Claims<br>Postage for Notice of Bar Dates and Proof of Claim form service. | POSTAGE | 0.00 | 46.00 | 0.49 | 22.31 |
| 11/19/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Emailing client for creditor address. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |

4/11/2016 4:18:57 PM

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/03/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Reviewing med mal proof of claim (.1); emailing client regarding returned mail and alternate addresses (.1). | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 12/04/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Conferences with Mr. DeMarco concerning proof of claim and extent of security interest and further emailing Mr. Klestadt. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 12/04/2015 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Briefly reviewing proofs of claim filed. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 02/04/2016 | Renea A. Gargiulo | 10803.005/ Ageless 360 Medical Claims<br>Downloading and creating electronic files for all claims on register through today per Ms. McLoughlin's request. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 02/09/2016 | Maeghan J. McLoughlin | 10803.005/ Ageless 360 Medical Claims<br>Reviewing docket of newly filed adversary proceeding and emailing counsel to plaintiff re: status of withdrawal. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| | | **Matter Description (First Line): Claims** | | 7.60 | 46.00 | | 1,972.31 |

**Matter Description (First Line): Ombudsman Motion**

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/23/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion<br>Reviewing sample motion dispensing with ombudsman and reviewing rules and notice period on same. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 10/28/2015 | Tracy L. Klestadt | 10803.007/ Ageless 360 Medical Ombudsman Motion<br>Reviewing and revising motion to direct US Trustee to not appoint patient care ombudsman. | Fees | 0.20 | 0.00 | 650.00 | 130.00 |
| 10/28/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion<br>Emailing Dr. Carfora questions on ombudsman (.1); emailing with Ms. Sarnelli regarding malpractice insurance and further reviewing policy (.2). | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 10/28/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion<br>Reviewing summary from Ms. Sarnelli on Debtor internal controls and procedures, emailing with follow up questions regarding record keeping etc, and further drafting ombudsman motion, drafting proposed order, finalizing same, and sending to Mr. Klestadt for review (2.2). | Fees | 2.20 | 0.00 | 275.00 | 605.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/29/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion Discussing ombudsman motion and calling Chambers regarding hearing (.1); conference with Chambers, finalizing and filing motion, drafting scheduling order and filing same (.4). | Fees | 0.50 | 0.00 | 275.00 | 137.50 |
| 10/30/2015 | Angela Plura | 10803.007/ Ageless 360 Medical Ombudsman Motion Serving copies of Notice of Hearing and Motion Determining That Appointment of a Patient Care Ombudsman is Not Required In This Case per Ms. McLoughlin's request. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |
| 11/04/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion Conference with Mr. Yang regarding ombudsman motion and sending him same. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 11/10/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion Calendaring objection deadlines for ombudsman motion. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 11/20/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion Preparing documents for ombudsman hearing. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/20/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical Ombudsman Motion Conference with Chambers concerning ombudsman motion. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/22/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical<br>Ombudsman Motion<br>Preparing outline for hearing on ombudsman motion and preparing for hearing. | Fees | 1.80 | 0.00 | 275.00 | 495.00 |
| 11/23/2015 | Maeghan J. McLoughlin | 10803.007/ Ageless 360 Medical<br>Ombudsman Motion<br>Traveling to and from hearing (3.5); preparing for and attending hearing (1.3). | Fees | 4.80 | 0.00 | 275.00 | 1,320.00 |
| | | **Matter Description (First Line): Ombudsman Motion** | | **11.20** | **0.00** | | **3,092.50** |
| **Matter Description (First Line): Plan and Disclosure Statement** | | | | | | | |
| 11/05/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Begin drafting motion to extend exclusivity. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/06/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Conference with Mr. Klestadt and Dr. Kavesteen. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/12/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Conference with Messrs. Klestadt and Iryami concerning sale of assets (.2); reviewing lease and sending to Mr. Iryami (.2); conference with Mr. Iryami regarding lease terms, reviewing DeMarco security agreement and financing statement, and further emailing Mr. Klestadt regarding security interest in lease (.3); Reviewing samples and begin drafting Asset Purchase Agreement, and further emailing with Mr. Klestadt with questions (3.6); | Fees | 4.30 | 0.00 | 275.00 | 1,182.50 |
| 11/20/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing letter of intent and emailing with client regarding same. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/24/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Emailing Dr. Carfora concerning patient records and letter of intent (.1); emailing Mr. Klestadt concerning list of open items (.2); conference with Mr. Macco (.1); conference with Dr. Kavesteen's attorney (.2); further conference with Mr. Klestadt regarding Letter of Intent, revising letter of intent, and emailing Dr. Carfora explaining changes and requesting information (.5); further revising LOI and sending to Mr. Iryami with explanation of changes (.3). | Fees | 1.40 | 0.00 | 275.00 | 385.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/25/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Conference with Mr. Iryami concerning LOI, and further reviewing LOI and emailing with Mr. Iryami. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 11/30/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Emailing Dr. Carfora letter of intent for signature, and further emailing Mr. Iryami (.1); further drafting APA (1.2); conference with Mr. Iryami concerning terms of LOI (.1.); emailing several times with client regarding terms of LOI (.1); discussing changes to LOI and further emailing Mr. Klestadt concerning new terms (.2). | Fees | 1.70 | 0.00 | 275.00 | 467.50 |

4/11/2016 4:18:57 PM

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Revising APA following discussions with client and Mr. Iryami, sending to Mr. Iryami, conferences with Mr. Iryami (1.7); coordinating conference with clients and Messrs. Klestadt and Iryami, and several calls with Dr. Carfora, emailing with Mr. Klestadt with open issues, and further conferring with Messrs. Klestadt, Iryami, Kavesteen, and Dr. Carfora (1.0); further revising disclosure schedules and sending to client with email list of open items needed for schedules (1.4); reviewing APA for unresolved representations, and emailing client concerning accuracy of several representations, and further emailing Mr. Iryami with modifications to the APA (1.0); discussing termination scenarios and language with Mr. Iryami, discussing with Mr. Klestadt, and revising APA with termination provisions (.4);  revising APA per afternoon conference and emailing Mr. Iryami further draft of APA incorporating changed provisions (.9); further conference with Mr. Iryami regarding new concerns, revising APA, and sending to Mr. Iryami (.5) | Fees | 6.90 | 0.00 | 275.00 | 1,897.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Briefly reviewing and emailing Mr. Iryami disclosure schedules (.2); revising schedules with new information and further emailing Ms. Sarnelli with request for more information (.3); conference with Mr. Iryami to discuss changes to APA and further revising, further conference with Messrs. Klestadt, Iryami, and Kavesteen to discuss allocation and APA (.4); emailing with client concerning employment agreement (.1); revising sale motion and sale order, sending to Messrs. Iryami and Macco for review and explaining open issues (.5); revising case law and updating same (2.4); preparing service list, reviewing claims register for addresses, and emailing Ms. Gargiulo with directions on service (.5); revising sale motion with new notice provisions (.1); reviewing new bank statements from Ms. Sarnelli and new disclosure schedules, and sending new schedules to Mr. Iryami and Mr. Macco (.3). | Fees | 4.80 | 0.00 | 275.00 | 1,320.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/17/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Emailing with Ms. Greenberg, Mr. Klestadt, and client concerning publication notice, and different sources of publication, and sending final version of publication to Ms. Greenberg (.4); coordinating service of sale notice and sale exhibits with Ms. Gargiulo (.3). | Fees | 0.70 | 0.00 | 275.00 | 192.50 |
| 12/18/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Sending Mr. Klestadt publication notice, revising publication per request, and sending to Ms. Greenberg for publication. | Fees | 0.60 | 0.00 | 275.00 | 165.00 |
| 12/21/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Conference with Mr. Yang regarding sale motion, further conferences with Mr. Iryami concerning letter to patients, drafting email to Mr. Klestadt outlining UST issues with sale motion and further discussing with Mr. Klestadt. | Fees | 0.50 | 0.00 | 275.00 | 137.50 |
| 12/28/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Conference with Dr. Bruni and sending him sale documents. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Emailing with Ken Kutner regarding extension and further emailing with Mr. Klestadt, client, and counsel to the purchaser (.3) reviewing Judge Grossman's calendar, leaving message for courtroom deputy (.2), reviewing proof of claims filed by Mr. Kutner's clients and schedules for same (.1): further emailing with client concerning hearing date and objections to same (.2); emailing with Ms. Greenberg regarding affidavit of publication (.1). | Fees | 0.90 | 0.00 | 275.00 | 247.50 |
| 12/30/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical<br>Plan and Disclosure Statement<br>Conference with chambers concerning hearing date for sale motion, and further Fed Ex'ing courtesy copy to chambers (.2); reviewing objections to sale motion, sending same to client and to purchaser's counsel, further emailing with client concerning objection, and emailing with Mr. Klestadt concerning reply (.5); begin drafting reply motion, researching section 363(f) value issues and A/R breakdown, and drafting list of questions for Mr. Klestadt (3.5); emailing with Ms. Greenberg and filing affidavit of publication (.2). | Fees | 4.40 | 0.00 | 275.00 | 1,210.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Emailing Ms. Plura regarding Fed Ex to chambers (.1); reviewing sequence of events document sent by client and emailing regarding same (.2); conference with Mr. Macco concerning objections (.1); further drafting reply motion (2.2). | Fees | 2.60 | 0.00 | 275.00 | 715.00 |
| 02/04/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing sample plans of liquidation, discussing with Mr. Corneau and Mr. Klestadt, and begin drafting plan of liquidation. | Fees | 4.60 | 0.00 | 325.00 | 1,495.00 |
| 02/05/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Further drafting plan and DS and drafting list of open issues. | Fees | 2.90 | 0.00 | 325.00 | 942.50 |
| 02/08/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Continue drafting disclosure statement. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 02/09/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing all proofs of claim and drafting spreadsheet with claim amounts vs scheduled amount for payout analysis. | Fees | 1.20 | 0.00 | 325.00 | 390.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/02/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Preparing claims analysis for plan of liquidation and further emailing Mr. Klestadt with analysis and questions on plan structure. | Fees | 1.60 | 0.00 | 325.00 | 520.00 |
| 03/16/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Drafting plan, finalizing, and sending to Mr. Klestadt for review (2.8); drafting disclosure statement (.5). | Fees | 3.30 | 0.00 | 325.00 | 1,072.50 |
| 03/17/2016 | Tracy L. Klestadt | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing and revising draft of plan of liquidation and conferring with Ms. McLoughlin thereon. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 03/17/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Discussing draft of plan with Mr. Klestadt, revising plan, begin revising DS. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |
| 03/23/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Further drafting disclosure statement and emailing Mr. Klestadt with questions on distributions. | Fees | 1.40 | 0.00 | 325.00 | 455.00 |
| 03/24/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Discussing outline of plan and disclosure statment with Mr. Klestadt. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |

4/11/2016 4:18:57 PM

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 03/29/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Further revising plan and disclosure statement, and drafting summary of plan terms and confirmation process and sending to client (.8); further emailing with client concerning plan terms (.1). | Fees | 0.90 | 0.00 | 325.00 | 292.50 |
| 03/30/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Discussing with Mr. Klestadt and emailing with client concerning plan and disclosure statement. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 03/31/2016 | Maeghan J. McLoughlin | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Lengthy conference with Mr. Klestadt (partial) and Ms. Sarnelli concerning concept, voting, etc for plan and disclosure statement. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 04/01/2016 | Tracy L. Klestadt | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Drafting order conditionally approving disclosure statement, order confirming plan, ballot. | Fees | 0.60 | 0.00 | 675.00 | 405.00 |
| 04/01/2016 | Tracy L. Klestadt | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing and revising draft of plan and disclosure statement. | Fees | 1.20 | 0.00 | 675.00 | 810.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 04/06/2016 | Kristen M. Garofalo | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing and revising Disclosure Statement and preparing table of contents per Mr. Klestadt's request. | Fees | 1.00 | 0.00 | 150.00 | 150.00 |
| 04/07/2016 | Kristen M. Garofalo | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Reviewing and revising Disclosure Statement and Plan and preparing tables of contents per Mr. Klestadt's request (2.0); updating service list (.5). | Fees | 2.50 | 0.00 | 150.00 | 375.00 |
| 05/25/2016 | Tracy L. Klestadt | 10803.006/ Ageless 360 Medical Plan and Disclosure Statement Attending hearing on plan and disclosure statement and final fee application (estimated). | Fees | 2.50 | 0.00 | 675.00 | 1,687.50 |
| | | **Matter Description (First Line): Plan and Disclosure Statement** | | 56.20 | 0.00 | | 17,822.50 |

**Matter Description (First Line): Retentions and Fees**

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/15/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Reviewing G&G retention application with disinterestedness update and sending to Mr. Janey for review. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 10/15/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Emailing with Ms. Sarnelli regarding retention of accountant (.1); revising retention applications with dates (.1). | Fees | 0.20 | 0.00 | 275.00 | 55.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/20/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Finalizing KWJSS and G&G retention applications and sending to client for signature with explanation of documents. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 10/20/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Drafting notice of presentment for retention applications and reviewing Chambers procedures for filing same. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 10/20/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Finalizing and filing retention applications and uploading order. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 11/04/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Conference with Mr. Yang regarding retention applications.. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 11/04/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Drafting Mr. Varvaro retention application, proposed order, and affidavit, revising same, and sending same to Mr. Varvaro for review. | Fees | 0.90 | 0.00 | 275.00 | 247.50 |
| 11/06/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Emailing with Mr. Varvaro concerning retention applications, revising same, and filing. | Fees | 0.40 | 0.00 | 275.00 | 110.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/10/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical Retentions and Fees Preparing the Monthly Fee Statement in accordance with the monthly fee order; e-mails with Ms. McLoughlin re same; forwarding statement to Mr. Klestadt for review. | Fees | 1.20 | 0.00 | 150.00 | 180.00 |
| 11/10/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical Retentions and Fees Emailing Mr. Yang Varvaro retention application (.1); emailing Ms. Nocella regarding KWJSS retention after reviewing docket (.1). | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 11/12/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical Retentions and Fees Follow-up e-mail to Mr. Klestadt regarding approval of the monthly fee statement. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |
| 11/17/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical Retentions and Fees Follow-up e-mail to Mr. Klestadt regarding approval of the monthly fee statement. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |
| 11/18/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical Retentions and Fees Transmittal of the monthly fee statement per Mr. Klestadt's request; e-mails with Mr. Klestadt and Ms. McLoughlin re same. | Fees | 0.20 | 0.00 | 150.00 | 30.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/24/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Drafting notice of hearing for G&G retention application, conference with chambers, revising G&G retention application per chambers directions, and sending to Dr. Carfora for review and approval. | Fees | 0.50 | 0.00 | 275.00 | 137.50 |
| 12/04/2015 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Conference with Mr. Yang concerning retention application and emailing him same. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 12/10/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Preparing the Monthly Fee Statement in accordance with the monthly fee order and forwarding to Mr. Klestadt for review. | Fees | 0.80 | 0.00 | 150.00 | 120.00 |
| 12/14/2015 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Follow-up e-mail to Mr. Klestadt regarding approval of the monthly fee statement; transmittal of the monthly fee statement per Mr. Klestadt's request. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |
| 01/11/2016 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Preparing the Monthly Fee Statement in accordance with the monthly fee order and forwarding to Mr. Klestadt for review. | Fees | 0.80 | 0.00 | 150.00 | 120.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/21/2016 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Transmittal of the monthly fee statement. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |
| 02/09/2016 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Preparing the Monthly Fee Statement in accordance with the monthly fee order and forwarding to Mr. Klestadt for review. | Fees | 0.80 | 0.00 | 150.00 | 120.00 |
| 02/19/2016 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Follow-up e-mail to Mr. Klestadt regarding approval of the monthly fee statement; transmittal of same. | Fees | 0.10 | 0.00 | 150.00 | 15.00 |
| 03/14/2016 | Stephanie L. Nocella | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Preparing the Monthly Fee Statement in accordance with the monthly fee order and forwarding to Mr. Klestadt for review; transmittal of same. | Fees | 1.00 | 0.00 | 150.00 | 150.00 |
| 03/24/2016 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Drafting first and final fee application. | Fees | 1.50 | 0.00 | 325.00 | 487.50 |
| 03/29/2016 | Maeghan J. McLoughlin | 10803.008/ Ageless 360 Medical<br>Retentions and Fees<br>Revising fee application. | Fees | 0.40 | 0.00 | 325.00 | 130.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------|-----------|-------|-------|-------|-------|
| 04/01/2016 | Tracy L. Klestadt | 10803.008/ Ageless 360 Medical Retentions and Fees Drafting notice of hearing on fee applications [.10]; reviewing and revising draft of fee application [.20]. | Fees | 0.30 | 0.00 | 675.00 | 202.50 |
| | | **Matter Description (First Line): Retentions and Fees** | | 11.00 | 0.00 | | 2,577.50 |
| **Matter Description (First Line): Sale** | | | | | | | |
| 12/02/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Reviewing lengthy email from client and further drafting and sending email to Mr. Iryami with revised terms of letter of intent (.5); further drafting APA, several emails and conferences with Mr. Iryami concerning terms of APA, revising APA, revising defined terms, and emailing Mr. Klestadt with questions on same (6.2). | Fees | 6.70 | 0.00 | 275.00 | 1,842.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/03/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing Mr. Klestadt concerning higher and better offers and revising APA for same (.3); briefly discussing concept with Mr. Southard (.2); finalizing APA and sending to Mr, Klestadt for review (1.7); reviewing Mr. Klestadt's comments, revising APA per comments, conferring with Mr. Iryami regarding APA and Letter of Intent, sending APA to client for review, revising per client comments, and sending to Mr. Iryami for review (1.3); revising letter of intent and sending to Mr. Iryami (.2); further emailing with client regarding signature pages and revisions to APA (.1). | Fees | 3.80 | 0.00 | 275.00 | 1,045.00 |
| 12/03/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Reviewing and revising draft of asset purchase agreement and e-mails with Ms. McLoughlin thereon. | Fees | 0.50 | 0.00 | 650.00 | 325.00 |
| 12/04/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing numerous times with Dr. Carfora and Mr. Klestadt concerning website issues and further emailing Dr. Carfora regarding website usage (.7); several conferences with Mr. Iryami concerning APA and website negotiation (.3); drafting sale motion (3.3). | Fees | 4.30 | 0.00 | 275.00 | 1,182.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/07/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Conference with Mr. Iryami to discuss terms of APA and further reviewing same. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 12/08/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Further drafting sale motion, drafting notice of hearing and higher and better offers, drafting revised procedures for competing offers, emailing Mr. Klestadt questions on contract rejection and break-up fees, revising terms for rejection of contracts, reviewing administrative order 557 and conforming motion to same (5.4); emailing Dr. Carfora regarding medical publications and further emailing Ms. Greenberg regarding publication (.2); briefly reviewing employment agreement (.2); | Fees | 5.80 | 0.00 | 275.00 | 1,595.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/09/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Drafting publication notice for sale of assets and sending to Mr. Klestadt for review, and further emailing to Ms. Greenberg for publication and quotes (1.0); drafting sale order, reviewing sale motion and order, revising same, and sending to Mr. Klestadt for review, updating with revised language re: proceeds, finalizing and sending  for review (4.4);  conference with Mr. Iryami regarding APA, sending to Mr. Klestadt and reviewing APA, and making comments and revisions to same (1.1) | Fees | 6.50 | 0.00 | 275.00 | 1,787.50 |
| 12/09/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Initial review of Mr. Iryami's comments to draft asset purchase agreement [.50]; initial review of draft sale motion and order [.50]. | Fees | 1.00 | 0.00 | 650.00 | 650.00 |
| 12/10/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Conferring with Ms. McLoughlin re Buyer's counsel comments to draft asset purchase agreement [.30]; call with Mr. Iryami thereon [.50]. | Fees | 0.80 | 0.00 | 650.00 | 520.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/10/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Conference with Mr. Klestadt concerning APA (.3); further conference with Messrs. Klestadt and Iryami and discussing going forward plan with Mr. Klestadt (.6); revising APA per discussion, conference with Mr. Iryami, and sending to Mr. Iryami for review (3.0); drafting disclosure schedules with information on hand and further drafting explanation of additional information and sending to client (2.1); conferring with Ms. Greenberg concerning publication (.1); emailing with Ms. Gargiulo concerning open lawsuit (.1). | Fees | 6.20 | 0.00 | 275.00 | 1,705.00 |
| 12/11/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Calls with Mr. Iryami, client, Ms. McLoughlin re issue of survival of representations and warranties post-closing. | Fees | 0.30 | 0.00 | 650.00 | 195.00 |
| 12/11/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Reviewing Ms. Sarnelli's draft of disclosure schedules and comparing to prior draft (.3); several conferences with Mr. Iryami, discussing affidavit issue, briefly reviewing revised draft of APA (.6); emailing with Dr. Carfora regarding media/social issue (.1): | Fees | 1.00 | 0.00 | 275.00 | 275.00 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/14/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Call with client, Dr. Kavesteen and counsel re open points on asset purchase agreement; e-mails from/to Ms. McLoughlin thereon. | Fees | 0.50 | 0.00 | 650.00 | 325.00 |
| 12/15/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Call with Dr. Kavesteen, Mr. Iryami, Ms. McLoughlin re open issues on asset purchase agreement [.40]; e-mails thereon [.10]. | Fees | 0.50 | 0.00 | 650.00 | 325.00 |
| 12/16/2015 | Renea A. Gargiulo | 10803.009/ Ageless 360 Medical Sale Preparing labels and envelopes with postage in lieu of upcoming service of sale motion and notice. | Fees | 0.50 | 0.00 | 150.00 | 75.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/16/2015 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Many conferences and emails with Messrs. Iryami and Macco to finalize APA and Disclosure Schedules drafting several revised drafts per additional comments, finalizing APA for signatures (2.8); finalizing sale motion, sale notice, and sale order for filing (.8); numerous emails and conferences concerning timing of employment agreement required for filing and necessity for same (.8); sending redlines to Mr. Iryami and emailing regarding revisions to employment agreement (.2); compiling all documents for filing and filing same, and emailing filed copies to Ms. Gargiulo for service (.5). | Fees | 5.10 | 0.00 | 275.00 | 1,402.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/17/2015 | Renea A. Gargiulo | 10803.009/ Ageless 360 Medical Sale Serving Notice of Hearing on Debtor's Motion for an Order Pursuant to Sections 105(A), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006: (I) Approving the Asset Purchase Agreement Subject to Higher and Better Offers, and (II)(A) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims, and Encumbrances, (B) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, and (C) Granting Related Relief; and Motion for an Order Pursuant to Sections 105(A), 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 6006: (I) Approving the Asset Purchase Agreement Subject to Higher and Better Offers, and (II) (A) Approving the Sale of Certain Assets of the Debtor Free and Clear of Liens, Claims, and Encumbrances, (B) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, and (C) Granting Related Relief and accompanying exhibits and preparing and filing affidavit of service re: same per Ms. McLoughlin's request. | Fees | 1.50 | 0.00 | 150.00 | 225.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/18/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Bayard Advertising Agency, Inc. publication fees for ad in Newsday; invoice no. 70540. | MISC | 0.00 | 1.00 | 1,075.00 | 1,075.00 |
| 12/30/2015 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Initial review of objections to sale motion filed by Messrs. Kirschenbaum and Kutner and several e-mails thereon. | Fees | 0.70 | 0.00 | 650.00 | 455.00 |
| 01/04/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Reviewing and revising draft of reply to objections to sale motion and conferring with Ms. McLoughlin thereon. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/04/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Researching ability to sell assets free and clear under 363(f), particularly over objections of junior lienholders, and further researching case law under 363(b) and Lionel progeny (2.6); drafting and finalizing reply and sending to Mr. Klestadt for review (1.9); revising reply per Mr. Klestadt comments (.2); emailing client with questions, conferring with client, reviewing AR reports, and further revising reply (.5); conference with chambers concerning calendar entry (.1); drafting direct testimony outline for Dr. Carfora (1.2); drafting sale hearing outline (.8); emailing client regarding purchase price and HIPPA and reviewing HIPPA provisions (.5); emailing Mr. Klestadt regarding deadline for filing, reviewing documents sent by client regarding sold properties, revising reply emailing client regarding same, and filing reply motion (.9). | Fees | 8.70 | 0.00 | 325.00 | 2,827.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/05/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing with Ms. Sarnelli regarding AR and forwarding same to Mr. Klestadt (.1); preparing binder for sale motion (.5); discussing sale hearing with Mr. Klestadt (.1); conference with client and Mr. Klestadt (partial) (.4); conference with Ms. Sarnelli (.1); preparing binder with additional exhibits (.4); conference with courtroom deputy (.1); serving reply motion on UST, and counsel to objecting parties (.2); emailing with Mr. Klestadt and Dr. Carfora concerning additional offers (.2). | Fees | 2.10 | 0.00 | 325.00 | 682.50 |
| 01/05/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Preparing for hearing tomorrow, including call with client. | Fees | 1.00 | 0.00 | 675.00 | 675.00 |
| 01/06/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Attending hearing on sale motion. | Fees | 4.00 | 0.00 | 675.00 | 2,700.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/06/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing with Dr. Carfora concerning direct testimony (.1); prepare additional hearing binder and additional documents for hearing (.5); discussing new offer with Mr. Klestadt prior to hearing  (.1); email with Dr. Carfora concerning transaction several times, and reviewing letter of intent and employment offer letter (.5); meeting with client prior to hearing to discuss new offer and proposed adjournment and auction (.6); emailing and discussing case status with Mr. Macco (.2); attending hearing with Mr. Klestadt and client and discussing outcome and auction following hearing (4.5); emailing with Messrs. Klestadt and Macco  regarding auction date and time (.1); emailing new purchaser (.1); begin drafting bidding procedures (.1). | Fees | 6.30 | 0.00 | 325.00 | 2,047.50 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Drafting notice of hearing and bidding procedures, sending to Mr. Klestadt for review, revising per comments, filing same, preparing service list, locating addresses for potentially interested purchasers, and coordinating service with Ms. Gargiulo and filing affidavit of service (2.9); emailing with new prospective purchaser (.1); emailing Mr. Rowe bidding procedures (.1). | Fees | 3.10 | 0.00 | 325.00 | 1,007.50 |
| 01/08/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Conference with counsel to Main Street Medical, and further conference with client concerning sale of assets (.4); emailing with client and Mr. Klestadt (separately) concerning sale process and offers (.2). | Fees | 0.60 | 0.00 | 325.00 | 195.00 |
| 01/11/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing with client and potential purchaser. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 01/12/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing Dr. Duboys in response to questions and explaining sale process. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/14/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing new potential purchaser relevant documents (.1); emailing with Dr. Carfora concerning purchasers (.1). | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 01/19/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Conference with Mr. Nugent concerning purchase price (.1); emailing with client concerning offers (.1). | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 01/20/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Conferences with Mr. McCord concerning offer and emailing documents. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 01/21/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Analyzing return of deposit terms for sale process, emailing same to Mr. McCord (.5); conferences with Mr. Farooq and Dr. Carfora concerning potential purchaser and sending bidding procedures order (.3). | Fees | 0.80 | 0.00 | 325.00 | 260.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/22/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Multiple e-mails re submission of bids, deadlines, wires received, etc. [1.0]; reviewing e-mail from Ms. McLoughlin, call with Mr. McCord re terms of his client's bid and qualified bidder status [.30]; initial review of bids received and Ms. McLoughlin's summary thereon [.70]. | Fees | 2.00 | 0.00 | 675.00 | 1,350.00 |
| 01/22/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing relevant documents to Mr. Farooq, reviewing lease, reviewing employment contract, reviewing APA and further emailing with Mr. Farooq concerning bid (.5); emailing with Mr. McCord, reviewing marked up APA and employment agreement, reviewing financials, and further emailing with Mr. Klestadt and client (.5); discussing bids and bidding deadline with Mr. Klestadt (.1); reviewing each bid package and drafting bid summary chart outlining terms of each bids, and further sending to Mr. Klestadt and Dr. Carfora for review (2.0). | Fees | 3.10 | 0.00 | 325.00 | 1,007.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/23/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Call with client and Ms. McLoughlin re bids received, strategy for response, etc.. [.40]; e-mail to CareMed COO re nonconforming bid and request for instructions to return deposit [.20]. | Fees | 0.60 | 0.00 | 675.00 | 405.00 |
| 01/23/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Preparing for and conference with Mr. Klestadt and Dr. Carfora to discuss bids (.5); briefly reviewing documents provided by client and further emailing with client concerning certain bids (.2). | Fees | 0.70 | 0.00 | 325.00 | 227.50 |
| 01/25/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Conference with Dr. Carfora (.2); emailing with Dr. Carfora (.1); reviewing disclosure schedules for personal property not being sold and emailing regarding other office furniture (.2); | Fees | 0.50 | 0.00 | 325.00 | 162.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing Ms. Glick regarding APA changes and stalking horse (.1); reviewing APA and drafting lengthy email to Ms. Sarnelli in response to questions re APA provisions and impact of HIPAA and software transition (.8); emailing Mr. Macco re bids (.1); drafting list of issues to discuss with Mr. Klestadt and client (.1); discussing bids with Mr. Klestadt and conference with Mr. Klestadt and Ms. Glick (.2). | Fees | 1.30 | 0.00 | 325.00 | 422.50 |
| 01/26/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Conferring with Ms. McLoughlin re status of bids and call with Ms. Glick/counsel to bidder thereon and e-mails thereon. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 01/27/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Reviewing auction and notice of overbid procedures in different case (.3); emailing Ms. Glick concerning bid and further reviewing APA re employment provisions (.2); emailing Dr. Carfora concerning employment (.1); conference with Mr. Klestadt and client, and further reviewing competing APAs and employment agreements and summarizing same for Dr. Carfora (.3). | Fees | 0.90 | 0.00 | 325.00 | 292.50 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/27/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Call with Mr. McCord re his client's insistence on restrictive covenant terms in APA itself and other bid issues; call with client thereon. | Fees | 0.40 | 0.00 | 675.00 | 270.00 |
| 01/28/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Reviewing multiple e-mails re status of bidding and revised terms; conferring with Ms. McLoughlin re auction notice and logistics. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 01/28/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing client for updates on bids (.1); numerous lengthy conferences with Dr. Carfora discussing bids and terms of employment contracts, and reviewing employment contracts (1.6); reviewing APA for return of deposit terms (.2); emailing Mr. Alber regarding employment contracts (.1); numerous emails concerning bids and equipment lists, and conferences with Mr. Klestadt with updates (.3); drafting notice of auction, filing same, and sending to interested parties (.5); ordering court reporter (.1); emailing with Ms. Sarnelli concerning bids (.1). | Fees | 3.10 | 0.00 | 325.00 | 1,007.50 |

4/11/2016 4:18:57 PM

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------|-----------|-------|-------|-------|-------|
| 01/29/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing with client (.1); drafting script for auction (.8); emailing with Dr. Carfora re: employment agreement, auction, bids, etc (.3); conference with Mr. McCord and Ms. Glick concerning bid and further conference with Mr. McCord (.2); reviewing changes to employment agreement and sending to counsel to Main Street Medical (.2); emailing with Mr. Klestadt concerning bids (.1). | Fees | 1.60 | 0.00 | 325.00 | 520.00 |
| 02/01/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Attending and conducting sale auction at SilvermanAcampora offices. | Fees | 3.00 | 0.00 | 675.00 | 2,025.00 |
| 02/01/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Preparing for auction, preparing all final versions of documents, emailing with client regarding bids and employment agreements (2.1); Attending auction (4.1). | Fees | 6.20 | 0.00 | 325.00 | 2,015.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/02/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Preparing sale hearing binder and emailing Mr. Alber with questions (.6); briefly reviewing employment agreement (.1); emailing with Dr. Carfora (.1); discussing sale hearing, landlord issues with Mr. Klestadt (.2); drafting proposed sale order (.3); conference with Mr. Troy for Caremed (.1). | Fees | 1.40 | 0.00 | 325.00 | 455.00 |
| 02/02/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>E-mails re lease assumption; preparing for hearing tomorrow. | Fees | 0.50 | 0.00 | 675.00 | 337.50 |
| 02/03/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Further revising sale order and updating hearing binder (.7); conference with Mr. Klestadt (.1). | Fees | 0.80 | 0.00 | 325.00 | 260.00 |
| 02/03/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Attending hearing on sale motion. | Fees | 3.00 | 0.00 | 675.00 | 2,025.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/04/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Discussing hearing with Mr. Klestadt and steps going forward (.1); emailing Mr. Scheinwald concerning security deposit (.1); emailing with counsel to the Purchaser and with counsel to the LL regarding new lease (.2). | Fees | 0.40 | 0.00 | 325.00 | 130.00 |
| 02/05/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing with Mr. Klestadt regarding timing of filing sale order. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 02/08/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Reviewing latest draft of sale order and e-mails thereon. | Fees | 0.20 | 0.00 | 675.00 | 135.00 |
| 02/08/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Revising sale order and sending to Mr. Klestadt (.4); emailing with counsel to landlord (.1). | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 02/10/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing with client regarding lease and sale documents, and further emailing with counsel to landlord and counsel to seller regarding lease and sale order. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----|-----------|-------|-------|-------|-------|
| 02/11/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Reviewing and uploading sale order (.2); reviewing rental arrears and emailing with LL counsel (.1). | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 02/16/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing regarding status of new lease. | Fees | 0.10 | 0.00 | 325.00 | 32.50 |
| 02/17/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Conference with Chambers concerning changes to sale motion and further discussing with Mr, Klestadt. | Fees | 0.20 | 0.00 | 325.00 | 65.00 |
| 02/18/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale<br>Arkadin Inc. invoice no. C227132012016 for conference call on 1/23/16. | CONFCALLS | 0.00 | 1.00 | 2.86 | 2.86 |
| 02/18/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Revising sale order per court instructions, emailing with Mr. Klestadt regarding clean and redline of sale order, and uploading same. | Fees | 0.30 | 0.00 | 325.00 | 97.50 |
| 02/22/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Emailing with Mr. Amelkin regarding closing (.1); leaving voicemail with Chambers regarding status of sale order (.1). | Fees | 0.20 | 0.00 | 325.00 | 65.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Reviewing sale order (.1); Emailing with Mr. Amelkin regarding property tax payment, and further emailing with purchaser and client regarding entry of sale order and closing date (.2); further emailing with Mr. Klestadt and Mr. Amelkin separately regarding rent payments and closing (.2); emailing with Mr. Luckman and with representatives of purchaser (.1). | Fees | 0.60 | 0.00 | 325.00 | 195.00 |
| 02/24/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale<br>Reviewing APA for all documents necessary for closing, drafting bill of sale, trademark assignment, and resolutions, drafting list of items needed for closing, calculating amounts due and owed, emailing with purchaser's counsel and with Landlord's counsel, emailing with Mr. Alber regarding employment agreement (2.4); reviewing calendar and leaving voicemail for courtroom deputy regarding adjourning status conference (.1); emailing with Dr. Carfora concerning employees (.1). | Fees | 2.60 | 0.00 | 325.00 | 845.00 |

client sort begins with 'ageless' and Matter Description
(First Line) is not 'prepetition'

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Ageless 360 Medical

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Conference with Mr. Klestadt concerning closing (.1); conference with Courtroom D=-eputy concerning adjournment and further emailing parties concerning adjournment (.2); drafting list of open closing items to all interested parties and further conference with Mr. McCord regarding closing (.3); emailing Ms. Sarnelli regarding AR (.1). | Fees | 0.70 | 0.00 | 325.00 | 227.50 |
| 02/26/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Preparing documents for closing and discussing with Mr. Klestadt. | Fees | 0.50 | 0.00 | 325.00 | 162.50 |
| 02/29/2016 | Tracy L. Klestadt | 10803.009/ Ageless 360 Medical Sale Attending closing at SilvermanAcampora offices. | Fees | 2.00 | 0.00 | 675.00 | 1,350.00 |
| 02/29/2016 | Maeghan J. McLoughlin | 10803.009/ Ageless 360 Medical Sale Emailing client regarding closing (.1); discussing closing with Mr. Klestadt (.1); reviewing files on payments to K&K and cash collateral motion and further emailing client concerning payments to K&K (.2). | Fees | 0.40 | 0.00 | 325.00 | 130.00 |
| | | Matter Description (First Line): Sale | | 113.50 | 2.00 | | 43,397.86 |
| | | Grand Total: | | 282.40 | 5,679.00 | | $96,464.96 |

client sort begins with 'ageless' and Matter Description (First Line) is not 'prepetition'